UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
                        :

WYNDIA PROVINCE,                  :

                   Plaintiff,    :

         -against-        :

                        :    *SUA SPONTE*
SABRINA LOLL, ACS Lawyer; VASILIOS STOTIS, :   REPORT &
ACS Lawyer; SABRINA COHEN, ACS Lawyer;  :   RECOMMENDATION
ANNIE DUCHEINE, ACS; DENISE PRUDHOMME;:
JOHN THOMPSON, Lawyer; TAMARRA     :   23-CV-8973 (DG) (MMH)
CRAWFED; FABIENNE MITCHEL; MARIZEL  :
GONZALEZ, ACS Lawyer; JOSUE MICHEL;  :
TAFFOYA SHIRLEY RILEY; TAMISHA     :
BEAUMONT, ACS; KERRY ANNE RUSSELL;  :
WILMER PETER; RACHELLE SOKULL COOKS; :
CHRISTOPHER, ACS; JEFFREY BLINKOFF,  :
                        :
               Defendants.  :
------------------------------------------------------------------ x

**MARCIA M. HENRY**, United States Magistrate Judge:

    *Pro se* Plaintiff Wyndia Province filed this complaint on December 5, 2023, and paid the filing fee on December 20, 2023. (ECF Nos. 1, 4.) By Order entered February 2, 2024, the Court directed *pro se* Plaintiff to Show Cause by March 4, 2024, why the case should not be dismissed for failure to comply with Rule 8 of the Federal Rules of Civil Procedure. (*See* ECF No. 7.) The Order warned *pro se* Plaintiff that if she did not show cause within the time allowed, the action would be subject to *sua sponte* recommendation for dismissal without further notice. To date, *pro se* Plaintiff has not filed any response to the Court's Order to Show Cause.

    As the Court explained in the February 2, 2024 Order, *pro se* Plaintiff's complaint

failed to establish a basis for the Court's jurisdiction or ask for any relief. Although given the opportunity to do so, Plaintiff has not fixed these problems. Accordingly, the Court respectfully recommends that this case should be dismissed for failure to comply with Rule 8 of the Federal Rules of Civil Procedure.

The Clerk of Court is respectfully directed to mail a copy of this Report and Recommendation and the full docket sheet to *pro se* Plaintiff at the mailing address listed on the docket: Wyndia Province, 2327 Murphy Drive, Apt. 10, Lawrence, KS 66046.

Within 14 days of service, a party may serve and file specific written objections to this Report and Recommendation. 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b). Any requests for an extension of time to file objections shall be directed to the Honorable Diane Gujarati. If a party fails to object timely to this Report and Recommendation, it waives any right to further judicial review of this decision. *See Miller v. Brightstar Asia, Ltd.*, 43 F.4th 112, 120 (2d Cir. 2022).

**SO ORDERED.**

Brooklyn, New York
May 29, 2024

/s/Marcia M. Henry
MARCIA M. HENRY
United States Magistrate Judge

2